UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTINA SANCHEZ-LOPEZ,<br><br>Defendant. | CASE NO. 20CR1582-JLS<br><br>ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the motion to continue the motion hearing/trial setting in this matter is GRANTED; the hearing now scheduled for June 4, 2021 shall be continued until Friday, July 9, 2021 at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date by June 25, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated: June 2, 2021

Hon. Janis L. Sammartino
United States District Judge