# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTINA SANCHEZ-LOPEZ<br><br>Defendants. | CASE NO.: 20CR1582-JLS<br><br>**ORDER GRANTING JOINT MOTION TO (1) CONTINUE MOTIONS HEARING AND (2) EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

**IT IS HEREBY ORDERED** that the parties' joint motion to continue the motion hearing/trial-setting in the above-identified matter is granted. The motion hearing currently scheduled for July 9, 2021 is continued to August 13, 2021, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by July 23, 2021.

For the reasons set forth in the joint motion, the Court excludes time under the Speedy Trial Act, 18 U.S.C. § 3161, because the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: July 7, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge