UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTINA SANCHEZ-LOPEZ<br><br>Defendants. | CASE NO.: 20CR1582-JLS<br><br>**ORDER GRANTING JOINT MOTION TO (1) CONTINUE MOTION HEARING/TRIAL SETTING AND (2) EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

**IT IS HEREBY ORDERED** that the parties' joint motion to continue the motion hearing/trial setting in the above-identified matter is granted. The motion hearing/trial setting currently scheduled for September 24, 2021, at 1:30 p.m., is continued to October 22, 2021, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by October 8, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge